☐ ORIGINAL

PREET BHARARA
United States Attorney for
the Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 2 2 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
RICHARD PAULAN,                   :
                                  :
                Plaintiff,        :
                                  :
        - v. -                    :     STIPULATION AND ORDER
                                  :          OF REMAND
CAROLYN W. COLVIN,                :
Acting Commissioner of            :     13 Civ. 9023 (KBF)
                Defendant.        :
                                  :
- - - - - - - - - - - - - - - - -x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       July 25, 2014

_____  9/16/14
CHRISTOPHER J. BOWES, ESQ.
Attorney for Plaintiff
54 Cobblestone Drive
Shoreham, New York  11786
Telephone No. (212) 979-7575

PREET BHARARA
United States Attorney for
the Southern District of New York
Attorney for Defendant

By: _____
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No. (212)637-2713
susan.baird@usdoj.gov

SO ORDERED:

_____ 9/19/14
UNITED STATES DISTRICT JUDGE